UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | 8:08CR465 |
| ) | |
| vs.      ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| ) | |
| ROBERT THUROW,      ) | |
| ) | |
| Defendant.      ) | |

NOW ON THIS 15th day of May, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On March 11, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841, 853, Title 18, United States Code, Sections 922, 924(d) and Title 28, United States Code, 2461(c), based upon the Defendant's plea of guilty to Counts I through IV of the Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $17,100.00 in United States currency, a Remington 12 gauge shotgun, Serial# W666349M; a Savage 270 caliber rifle, Serial# F431148; a Mac 90 7.62x39 rifle, Serial# 3861649; a Remington Model 700 308 caliber Winchester, Serial# 6272507; an Intratec Tec 9 9mm pistol, Serial# 078619; a Bushmaster M4 223 caliber rifle, Serial# L204172; a Smith and Wesson, Model 57 41 mag, Serial# N877182; a Berretta Model 92FS, 9mm pistol, Serial# BER134967; a Remington Model 550-1 22 automatic rifle; a Harrington and Richardson single shot 20 gauge shotgun, Serial# AN202989; a Marlin Model 336CS 30-30 caliber rifle, Serial# 11007836; 4,615

rounds of ammunition, and a Norinco Model MAK-90, 7.62X39mm caliber rifle, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on March 16, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on May 15, 2009 (Filing No. 36).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the above-referenced properties, held by any person or entity, is hereby forever barred and foreclosed.

C. The above-referenced properties, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 15th day of May, 2009

                                                **BY THE COURT:**

                                                s/ Joseph F. Bataillon  
                                                **JOSEPH F. BATAILLON, CHIEF JUDGE**  
                                                **United States District Court**